Bliss & Swasey *v.* Tripp & others.

CYRENUS BLISS *vs.* ABNER D. TRIPP.
ELOISE J. SWASEY *vs.* JAMES WIXON & others.

The prevailing party in a civil action is entitled to tax in his bill of costs travel and a term fee at each term while the case is before an auditor or held under advisement by the court.

APPEALS from taxations of costs in actions at law. In the first case, the trial was had in the court of common pleas at September term 1858, and exceptions entered and argued in this court at October term 1858, and overruled and judgment entered for the plaintiff at November term 1859; the clerk, in taxing the plaintiff's costs in this court, included term fees for each term while the case was under advisement; and his taxation was affirmed on appeal by *Merrick,* J. In the second case, the defendants prevailed, and the clerk, in taxing the costs in the superior court, included travel and term fees during several terms of the court of common pleas while the case was before auditors for examination; and this taxation was affirmed by *Wilkinson,* J. The losing parties alleged exceptions in both cases.

*L. Lapham,* in support of the exceptions.

*B. Sanford & J. C. Blaisdell, contra.*

BIGELOW, C. J. The prevailing party in each of these cases, under the provisions of *Sts.* 1852, *c.* 312, § 81; 1855, *c.* 449, § 7; and 1856, *c.* 246, was clearly entitled to a term fee of five dollars and to an allowance for travel for each term during which the action was pending in court. *Richardson* v. *Curtis,* 2 Gray, 497. *Exceptions overruled.*